# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MOISES T. LEMUS RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK,<br><br>Respondent. | CASE NO. C08-496-MJP-JPD<br><br>ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, in which Magistrate Judge Donahue recommended that Mr. Ramirez' petition for habeas corpus be granted, Respondent's motion to dismiss be denied, and that the Court order the Seattle Immigration Court to provide Petitioner with an individualized bond hearing within thirty (30) days. (Dkt. No. 15.) Magistrate Judge Donahue recommended that the Court order the Immigration Judge to determine whether and under what conditions petitioner may be released from custody pending petitioner's Petition for Review in the Ninth Circuit Court of Appeal. In lieu of objections, Respondent filed a "Notice of Administrative Action Mooting Petitioner's Request for Relief." (Dkt. No. 16.) Respondent attaches a Custody Determination and Release Notification from U.S. Immigration and Customs Enforcement, dated July 16, 2008, indicating that Mr. Ramirez will be released from custody pending his removal. The documents indicate that Mr. Ramirez

ORDER
PAGE – 1

1 | will be required to wear an ankle bracelet electronic monitoring device during his release.
2 | Based on this new information, the Court ORDERS as follows:

(1) Petitioner's Petition for Writ of Habeas Corpus (Dkt. 6) and Respondent's Motion to Dismiss (Dkt. 10) are DENIED as MOOT;

(2) The Clerk shall send a copy of this Order to the parties, and to the Honorable James P. Donohue.

DATED this 22nd day of July, 2008.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER
PAGE – 2